IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:09cr36-SPM

OSCAR LEE FAULK

_____/

## ORDER OF DISMISSAL

Upon consideration of the Government's Consented Motion for Leave to Dismiss (doc.26), it is

ORDERED AND ADJUDGED:

1. The motion (doc. 26) is granted and the indictment is dismissed.

2. The United States Marshal shall release Defendant from custody.

DONE AND ORDERED this 27th day of August, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge